# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-794-458

**Effective date of
registration:**

September 20, 2011

---

## Title

**Title of Work:** Pencil / Chalk Holder

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** November 1, 2010     **Nation of 1st Publication:** United States

## Author

■     **Author:** Lanard Toys Inc

**Author Created:** sculpture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Lanard Toys Limited

6/F, Energy Plaza, 92 Granville Road, Tsimshatsui, Kowloon, Hong Kong

**Transfer Statement:** By written agreement

## Certification

**Name:** Jacqueline Yip

**Date:** September 20, 2011

**Applicant's Tracking Number:** USCopyright/2011/79007

---



**PERSPECTIVE FROM FRONT**



**PERSPECTIVE FROM REAR**



**PERSPECTIVE FROM TOP**



**PERSPECTIVE FROM BOTTOM**