# EXHIBIT B

US00D671167S

## (12) United States Design Patent
### Nichols et al.

(10) Patent No.: **US D671,167 S**
(45) Date of Patent: ** **Nov. 20, 2012**

(54) **CHALK HOLDER**

(75) Inventors: **Blake Christopher Nichols**, Reseda, CA (US); **Logan James Williams**, Thousand Oaks, CA (US)

(73) Assignee: **Lanard Toys Limited**, Hong Kong (CN)

(**) Term: **14 Years**

(21) Appl. No.: **29/398,687**

(22) Filed: **Aug. 3, 2011**

(51) LOC (9) Cl. ................................................. **19-06**
(52) U.S. Cl. ..................................................... **D19/35**
(58) Field of Classification Search ................... D3/206; D19/35, 41–51, 54–58; 24/11 F, 11 R, 11 P; 401/52, 99–109, 192, 195, 196
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 824,375 | A | * | 6/1906 | McIntyre | 15/432 |
| D60,192 | S | * | 1/1922 | Mason, Jr. | D19/46 |
| 1,920,680 | A | * | 8/1933 | Davis | 15/432 |
| 1,947,168 | A | * | 2/1934 | Potter | 248/174 |
| 2,517,552 | A | * | 8/1950 | Field | 229/110 |
| 3,187,723 | A | * | 6/1965 | Kihara | 206/214 |
| 3,314,531 | A | * | 4/1967 | Cheris et al. | 206/758 |
| D255,545 | S | * | 6/1980 | Grodin | D9/529 |
| 4,878,867 | A | * | 11/1989 | Dworman et al. | 446/8 |
| D305,849 | S | * | 2/1990 | Das et al. | D7/606 |
| 5,069,645 | A | * | 12/1991 | Dworman et al. | 446/8 |
| D333,426 | S | * | 2/1993 | Lande | D9/673 |
| D452,370 | S | * | 12/2001 | La Greca | D3/206 |
| D497,390 | S | * | 10/2004 | Hebron | D19/48 |
| 2003/0159951 | A1 | * | 8/2003 | Chan et al. | 206/214 |

* cited by examiner

*Primary Examiner* — Elizabeth Albert
(74) *Attorney, Agent, or Firm* — Lerner, David, Littenberg, Krumholz & Mentlik, LLP

(57) **CLAIM**

The ornamental design for a chalk holder, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a chalk holder showing our new design;
FIG. **2** is a front elevational view thereof, the rear elevational view being a mirror image;
FIG. **3** is a right side elevation view thereof, the left side elevation view being a mirror image;
FIG. **4** is a top plan view thereof; and,
FIG. **5** is a bottom plan view thereof.
The broken line disclosure in the figures is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



FIG. 1



FIG. 2

FIG. 3




FIG. 4



FIG. 5

